UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

BILAL SABUR : CIVIL ACTION NO. 3:CV-18-0828
: 
  Plaintiff :
:
v. : (Judge Munley)
:
ROBIN LUCAS, :
Grievance Coordinator, *et al*, :
:
  Defendants :

FILED
SCRANTON

OCT 15 2018

## ORDER

**AND NOW, THIS 15th DAY OF OCTOBER, 2018,** for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motions to proceed *in forma pauperis* (Docs. 2,11) are **GRANTED**.

2. The complaint is now deemed filed.

3. Plaintiff's complaint is **DISMISSED** without prejudice under 28 U.S.C. §1915(e)(2)(B)(ii) and 28 U.S.C. §1915A.

4. The Clerk of Court is directed to issue the Administrative Order to the Warden directing the Warden to begin deducting money from the inmate's account in the manner described in the Administrative Order.

5. The Clerk of Court is directed to **CLOSE** this case.

6. Plaintiff's motion for appointment of counsel (Doc. 6) is **DISMISSED** as moot.

7. Any appeal from this order will be deemed frivolous, not taken in good faith and lacking probable cause.

BY THE COURT:

s/James M. Munley
JUDGE JAMES M. MUNLEY
United States District Judge